# EXHIBIT A

| ISP / Address |
|---|
| **SBC Internet Services, Inc. d/b/a AT&T Internet Services** <br> c/o C T Corporation System <br> 818 W Seventh St. <br> Los Angeles, CA 90017 |
| **Charter Communications** <br> c/o CSC - Lawyer Incorporating Service <br> 2730 Gateway Oaks Dr. Suite 100 <br> Sacramento, CA 95833 |
| **Comcast Cable Communications Holdings, Inc.** <br> c/o C T Corporation System <br> 818 W Seventh St. <br> Los Angeles, CA 90017 |
| **Cox Communications** <br> c/o CSC - Lawyers Incorporating Service <br> 2730 Gateway Oaks Dr. Suite 100 <br> Sacramento, CA 95833 |
| **Road Runner Holdco LLC** <br> c/o C T Corporation System <br> 1232 Q St. 1st Floor <br> Sacramento, CA 95811 |
| **Cebridge Telecom CA, LLC d/b/a Suddenlink Communications** <br> c/o Ct Corporation System <br> 1232 Q St. 1st Floor <br> Sacramento, CA 95811 |
| **SureWest Broadband** <br> Darla J Yetter <br> 8150 Industrial Ave. Building A <br> Roseville, CA 95678 |
| **Verizon Online LLC** <br> c/o C T Corporation System <br> 1232 Q St. 1st Floor <br> Sacramento, CA 95811 |
| **Astound Broadband, LLC d/b/a Wave Broadband** <br> c/o CSC - Lawyers Incorporating Service <br> 2730 Gateway Oaks Dr. Suite 100 <br> Sacremanto CA, 95833 |