# EXHIBIT B

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.23.242.121 | Verizon Online | 2011-07-19 12:40:41 |
| 173.58.148.140 | Verizon Online | 2011-07-18 21:41:26 |
| 174.50.129.172 | Comcast Cable Communications | 2011-08-25 07:55:55 |
| 24.130.190.61 | Comcast Cable Communications | 2011-09-09 23:26:52 |
| 24.25.206.87 | Road Runner | 2011-09-12 15:16:04 |
| 24.5.133.166 | Comcast Cable Communications | 2011-08-07 19:27:54 |
| 24.6.42.168 | Comcast Cable Communications | 2011-07-20 06:42:40 |
| 24.6.44.20 | Comcast Cable Communications | 2011-09-30 05:33:11 |
| 64.85.243.79 | Wave Broadband | 2011-07-21 06:20:27 |
| 66.74.222.207 | Road Runner | 2011-07-26 19:28:08 |
| 67.181.21.204 | Comcast Cable Communications | 2011-07-19 08:24:35 |
| 68.189.75.27 | Charter Communications | 2011-07-16 20:20:25 |
| 68.4.79.92 | Cox Communications | 2011-07-19 04:10:07 |
| 69.225.33.212 | AT&T Internet Services | 2011-07-19 23:50:45 |
| 69.62.147.56 | SureWest | 2011-08-06 07:25:20 |
| 69.62.207.164 | SureWest | 2011-08-03 03:48:59 |
| 69.62.226.240 | SureWest | 2011-08-11 10:13:01 |
| 71.110.127.41 | Verizon Online | 2011-07-18 20:52:44 |
| 72.194.77.175 | Cox Communications | 2011-07-18 20:54:54 |
| 72.197.113.36 | Cox Communications | 2011-07-31 05:18:04 |
| 72.197.173.78 | Cox Communications | 2011-07-19 22:09:41 |
| 72.219.144.209 | Cox Communications | 2011-07-25 18:15:23 |
| 72.47.20.66 | Suddenlink Communications | 2011-08-26 14:45:18 |
| 75.37.34.3 | AT&T Internet Services | 2011-07-19 07:03:32 |
| 75.62.241.186 | AT&T Internet Services | 2011-10-03 19:23:26 |
| 75.83.156.193 | Road Runner | 2011-07-19 05:22:58 |
| 76.114.41.35 | Comcast Cable Communications | 2011-07-19 00:22:51 |
| 76.168.29.182 | Road Runner | 2011-08-15 20:28:57 |
| 76.175.251.189 | Road Runner | 2011-07-18 23:01:59 |
| 76.29.173.93 | Comcast Cable Communications | 2011-07-20 14:55:44 |
| 76.91.26.16 | Road Runner | 2011-08-08 07:39:47 |
| 76.95.220.163 | Road Runner | 2011-07-19 05:53:29 |
| 96.247.126.57 | Verizon Online | 2011-07-25 23:23:20 |
| 98.112.136.184 | Verizon Online | 2011-07-16 14:01:14 |
| 98.119.191.94 | Verizon Online | 2011-07-16 14:01:14 |
| 98.207.181.230 | Comcast Cable Communications | 2011-07-19 07:18:03 |
| 98.208.100.20 | Comcast Cable Communications | 2011-07-25 18:15:23 |
| 98.234.203.206 | Comcast Cable Communications | 2011-07-25 21:29:17 |