# EXHIBIT D



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = anything for daddy
Search Results: Displaying 1 of 1 entries



---

**Labeled View**

*Anything for Daddy.*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001739839 / 2011-07-05

**Application Title:** Anything for Daddy.

**Title:** Anything for Daddy.

**Description:** Videodisc (DVD)

**Copyright Claimant:** Ingenuity13 LLC. Address: Springates East, Government Road, Charlestown, Saint Kitts-Nevis.

**Date of Creation:** 2011

**Date of Publication:** 2011-07-05

**Nation of First Publication:** United States

**Authorship on Application:** Ingenuity13 LLC, employer for hire; Domicile: Saint Kitts-Nevis; Citizenship: Saint Kitts-Nevis. Authorship: entire motion picture.

**Names:** Ingenuity13 LLC



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                          Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page