Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Petitioner*

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter Of a Petition By, )<br>)<br>INGENUITY 13 LLC, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No.**<br><br>Judge:<br><br>**CORPORATE PARTY DISCLOSURE STATEMENT** |

## CORPORATE PARTY DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner, by and through his attorney of record, hereby submits that Ingenuity 13 LLC does not have a parent corporation that owns 10% or more of its stock.

Respectfully Submitted,

Steele Hansmeier PLLC.

**DATED: October 28, 2011**

By:   /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*