IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter Of a Petition By
INGENUITY13 LLC,

No. 2:11-mc-00084 JAM KJN

ORDER

/

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED:  November 1, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE