Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In the Matter Of a Petition By )<br>)<br>INGENUITY 13 LLC, )<br>) | **No. 2:11-mc-00084 JAM (DAD)**<br><br>**NOTICE OF FIRM NAME CHANGE** |

**NOTICE OF FIRM NAME CHANGE**

Notice is hereby given that Plaintiff's counsel's law firm has changed names from "Steele Hansmeier PLLC" to "Prenda Law Inc." The Court will take note that all other identifying information associated with Plaintiff's counsel, Brett L. Gibbs, – i.e. his physical address, email address, and phone number – remains the same.

///

///

///

///

///

///

                                          Respectfully Submitted,

                                          PRENDA LAW INC.

**DATED: November 12, 2011**

                                      By:      /s/ Brett L. Gibbs

                                          Brett L. Gibbs, Esq. (SBN 251000)
                                          Prenda Law Inc.
                                          38 Miller Avenue, #263
                                          Mill Valley, CA 94941
                                          (415) 325-5318
                                          blgibbs@wefightpiracy.com

                                          *Attorney for Plaintiff*