BART W. HUFFMAN (CA SBN 202205)
COX SMITH MATTHEWS INCORPORATED
112 E. Pecan St., Suite 1800
San Antonio, TX 78205
Telephone:  (210) 554-5331
bhuffman@coxsmith.com

Attorney for Respondent SBC Internet Services, Inc.
d/b/a AT&T Internet Services

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter Of a Petition By**<br><br>**INGENUITY13, LLC,**<br><br>       **Petitioner.** | **No.  2:11-mc-00084-JAM-DAD**<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>**[Fed. R. Civ. P. 27(a) Proceeding]** |

Bart W. Huffman hereby enters this Notice of Appearance of Counsel to appear as counsel for Respondent SBC Internet Services, Inc. d/b/a AT&T Internet Services in the above-styled matter.  The undersigned is admitted to practice in this District Court, and he hereby requests and consents to receive electronic service of all documents filed with the Clerk of Court in this matter.

3806366.1

Dated:  January 3, 2012        Respectfully submitted,


        By:    */s/ Bart W. Huffman*

             Bart W. Huffman
             State Bar No. 202205
             COX SMITH MATTHEWS INCORPORATED
             112 E. Pecan St., Suite 1800
             San Antonio, Texas  78205
             (210) 554-5331
             (210) 226-8395 (Fax)
             bhuffman@coxsmith.com

             ***Attorney for Respondent SBC Internet Services, Inc. d/b/a AT&T Internet Services***

### Certificate of Service

I hereby certify that on the 3rd day of January 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brett Langdon Gibbs
Prenda Law Inc.
38 Miller Avenue, Suite 263
Mill Valley, CA 94941
415-325-5900
Email: blgibbs@wefightpiracy.com
*ATTORNEY TO BE NOTICED*

Benjamin Jonathan Fox
Morrison and Foerster LLP (Los Angeles)
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
213-892-5207
Fax: 213-892-5454
Email: bfox@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      */s/ Bart W. Huffman*
                                             Bart W. Huffman