BART W. HUFFMAN (CA SBN 202205)
LOCKE LORD LLP
100 Congress Ave., Suite 300
Austin, TX 78205
Telephone: (512) 305-4746
bhuffman@lockelord.com

Attorneys for Respondent SBC Internet Services, Inc.
d/b/a AT&T Internet Services

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter Of a Petition By**<br><br>**INGENUITY13, LLC,**<br><br>Petitioner. | No. 2:11-mc-00084-JAM-DAD<br><br>**NOTICE OF CHANGE OF LAW FIRM**<br><br>[Fed. R. Civ. P. 27(a) Proceeding] |

Bart W. Huffman, counsel for SBC Internet Services, Inc. d/b/a AT&T Internet Services hereby enters this Notice of Change of Law Firm from Cox Smith Matthews Incorporated to Locke Lord LLP and requests and consents to receive electronic service of all documents filed with the Clerk of Court in this matter at the new electronic mail address listed below.

Dated: January 18, 2012

        Respectfully submitted,

        By:   /s/ Bart W. Huffman
            Bart W. Huffman
            Calif. Bar No. 202205
            LOCKE LORD LLP
            100 Congress Ave., Suite 300
            Austin, Texas 78701
            (512) 305-4746
            (512) 305-4741 (facsimile)
            bhuffman@lockelord.com

*Attorneys for SBC Internet Services, Inc. d/b/a AT&T Internet Services*

## Certificate of Service

    I hereby certify that on the 18th day of January 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brett Langdon Gibbs
Prenda Law Inc.
38 Miller Avenue, Suite 263
Mill Valley, CA 94941

Benjamin Jonathan Fox
Morrison and Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024

            /s/ Bart W. Huffman
            Bart W. Huffman