DEANNE E. MAYNARD (Pro Hac Vice To Be Submitted)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, D.C.  20006-1888
Telephone:  (202) 887-1500
DMaynard@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone:  (213) 892-5200
BFox@mofo.com

Attorneys for Respondents Cox Communications, Road
Runner Holdco LLC, and Verizon Online LLC

(Counsel for Respondent SBC Internet Services, Inc. d/b/a
AT&T Internet Services Listed at Conclusion of Notice)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter Of a Petition By<br><br>INGENUITY13, LLC,<br><br>               Petitioner. | No.  2:11-mc-00084-JAM-DAD<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>[Fed. R. Civ. P. 27(a) Proceeding] |

1    The respondent Internet Service Providers (ISPs) respectfully call the Court's attention to

2  an order issued on January 31, 2012, in *In re: SSC Group, LLC*, U.S. District Court for the

3  Southern District of Florida Case No. 1:11-m c-23891-KMM, which addresses the use of Rule

4  27(a) in connection with a miscellaneous proceeding that sought subscriber-identifying

5  information from ISPs based on alleged facts that are virtually identical to those at issue here.

6    A copy of the order entered in the *SSG Group* matter is attached hereto as Exhibit A.

7

8  Dated:  February 16, 2012                    MORRISON & FOERSTER LLP

9

10                                         By:    /s/ Benjamin J. Fox
                                                Benjamin J. Fox
11
                                                Attorneys for Respondents
12                                              VERIZON ONLINE LLC,
                                                COX COMMUNICATIONS and
13                                              ROAD RUNNER HOLDCO LLC

14

15  Bart Huffman (CA SBN No. 202205)
    Cox Smith Matthews Incorporated
16  112 E. Pecan Street, Ste. 1800
    San Antonio, Texas  78205
17  Telephone:  (210) 554-5500
    bhuffman@coxsmith.com
18
    Attorneys for Respondent
19  SBC INTERNET SERVICES, INC.
    d/b/a AT&T INTERNET SERVICES
20

21

22

23

24

25

26

27

28